UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-60415-CIV-SINGHAL

ERIC SHELLEY,

    Plaintiff,

v.

WILL RICHARDSON, M.D., P.A.
d/b/a NATURA DERMATOLOGY & COSMETICS,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Settlement (DE [10]). The Court having carefully reviewed the file, and being otherwise duly informed therein, it is hereby

    **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

4. Any pending motions are **DENIED AS MOOT** and to be reinstated if settlement is not reached and the matter is reopened.

5. Furthermore, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of March 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF